# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | |
|---|---|
| **SHELLEY TRIOL,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CAUSE NO: 1:06-cv-0344-SEB-JPG |
| | ) |
| **VIDEOINDIANA, INC. d/b/a** | ) |
| **WTHR-TV,** | ) |
| | ) |
| **Defendant.** | ) |

## ORDER

The parties to the above-captioned matter, by counsel, having filed a Stipulation of Dismissal, and the Court, being duly advised in the premises, now finds that said Stipulation of Dismissal should be granted. IT IS, THEREFORE, ORDERED, ADJUDGED, AND DECREED that this matter be dismissed with prejudice. Each party shall bear its own costs and attorneys' fees.

.

DATED: 08/02/2006

_____
SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Distribution:

John H. Haskin
Christopher S. Wolcott
HASKIN LAUTER LARUE & GIBBONS
255 North Alabama Street
Indianapolis, Indiana 46204
Telephone:     (317) 955-9500
Facsimile:(317) 955-2570
Email:  jhaskin@hlllaw.com
            cwolcott@hlllaw.com

Kristin E. Michaels
Christopher J. DeGroff
Annette Tyman
SEYFARTH SHAW LLP
55 East Monroe Street
Suite 4200
Chicago, Illinois 60063
Telephone:     (312) 269-8529
Facsimile:     (312) 269-8869
Email: kmichaels@seyfarth.com
            atyman@seyfarth.com
            cdegroff@seyfarth.com